# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARY FARMAKIS,<br><br>    Plaintiff,<br><br>  v.<br><br>DELTA AIR LINES, INC.,<br><br>    Defendant.<br>_____/ | CASE NO. 1:10-cv-00702-LJO-SKO<br><br>**ORDER DENYING STIPULATED REQUEST FOR MODIFICATION TO SCHEDULING ORDER**<br><br>(Docket No. 11) |

On October 19, 2010, the parties filed a stipulation requesting that certain deadlines set forth in the June 29, 2010, Scheduling Order be extended. (Doc. 11.) The parties request the following changes:

(1) the date for disclosure of experts be extended from October 22, 2010, to December 21, 2010;

(2) the last day for completion of expert discovery be extended from December 6, 2010, to February 4, 2011; and

(3) Plaintiff be allowed to propound a Rule 34 request or before October 29, 2010, seeking Delta's manual/policy with regard to flight attendants' handling of emergency situations. (*Id*.)

In the June 29, 2010, Scheduling Order, the parties were explicitly instructed as follows:

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

(Doc. 10.)

1

1     In the parties' stipulated request, they provide no statement of good cause or even a reason
2 why the deadlines should be extended.  Moreover, most of the extended deadlines proposed by
3 counsel **cannot** be accommodated by the Court given the hearing and trial dates in place.
4     The Court notes, for example, that the proposed expert discovery cutoff date is February 4,
5 2011, which falls nearly one month **after** the non-dispositive motion hearing date of January 12,
6 2011, and less than one month **before** the dispositive motion hearing date of March 2, 2011.
7     The only request that the Court could possibly accommodate, given the existing hearing and
8 trial dates (assuming the parties provided the Court with a suitable reason for a modification of the
9 schedule in the first place), is to extend the last day for Plaintiff to serve a Rule 34 request to October
10 29, 2010.
11    To the extent that the parties can present the Court with a request setting forth the required
12 showing for a modification to the schedule and propose dates that do not impact the currently
13 scheduled motion hearing deadlines and trial dates, the parties may resubmit their request.
14    Accordingly, IT IS HEREBY ORDERED THAT the parties' request for an extension of
15 scheduling deadlines is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:     October 20, 2010**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE