1  Richard G. Grotch, Esq. – SBN 127713
   Alisha A. Beltramo, Esq. – SBN 267423
2  **CODDINGTON, HICKS & DANFORTH**
   A Professional Corporation, Lawyers
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California  94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5
   **ATTORNEYS FOR** Defendant
6  DELTA AIR LINES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                             FRESNO DIVISION

11

12  MARY FARMAKIS,                      Case No.   1:10-CV-00702-LJO-SKO

13            Plaintiff,

14  vs.                                 STIPULATION AND ORDER CONTINUING
                                        SETTLEMENT CONFERENCE
15  DELTA AIR LINES, INC.,

16            Defendant

17

18

19       WHEREAS a mandatory pre-trial settlement conference has been scheduled to be conducted

20  in this action on November 9, 2010, at 10:30 a.m., in Courtroom 8; and

21       WHEREAS the plaintiff in this personal injury lawsuit is 83 years old and a Medicare

22  beneficiary; and

23       WHEREAS the parties will be unable to engage in informed, and therefore serious, settlement

24  negotiations in this case until such time as Medicare issues a Rights and Responsibilities Letter

25  (RAR), followed by a Conditional Payment Letter (CPL); and

26       WHEREAS the process of obtaining this documentation from Medicare cannot be completed

27  in time for the scheduled November 9, 2010 settlement conference;

28  ///

**CODDINGTON, HICKS & DANFORTH**
**A Professional Corp., Lawyers**
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1
STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE
Case No:  1:10-CV-00702-LJO-SKO

NOW THEREFORE, plaintiff MARY FARMAKIS and defendant DELTA AIR LINES, INC., through their respective counsel, stipulate that the Court be asked to continue the November 9, 2010 settlement conference in this matter to March 24, 2011, at 10:30 a.m., in Courtroom 8, or until such other time and place that the Court shall determine.

SO STIPULATED.

Dated:  October 19, 2010					LAW OFFICE OF ALEX ARETAKIS

						/s/ *Alex J. Aretakis*

						By:_____
						    Alex J. Aretakis
						    Attorneys for Plaintiff
						    Mary Farmakis


Dated:  October 19, 2010					CODDINGTON, HICKS & DANFORTH

						/s/ *Richard G. Grotch*

						By:_____
						    Richard G. Grotch (*)
						    Attorneys for Defendant
						    Delta Air Lines, Inc.

(*)	I hereby attest that I have on file all holographic
	signatures indicated by a "conformed" signature
	(/s/) within this e-filed document.

## ORDER

Pursuant to Stipulation,

IT IS HEREBY ORDERED that the settlement conference in this case shall be continued from November 9, 2010, at 10:30 a.m. to **March 24, 2011, at 10:30 a.m., in Courtroom 8**.

IT IS SO ORDERED.

Dated:  **October 20, 2010**			    /s/ Sheila K. Oberto
						UNITED STATES MAGISTRATE JUDGE

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

2
STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE
Case No:  1:10-CV-00702-LJO-SKO