1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

MARY FARMAKIS,                                   CASE NO. CV F 10-0702 LJO SKO

12

                   Plaintiff,                    **ORDER TO DISMISS AND TO CLOSE ACTION**

13

    vs.                                         (Doc. 15.)

14

DELTA AIR LINES, INC.,

15

                 Defendant.

16

                             /

17

       Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

18

    1.     DISMISSES with prejudice this entire action;

19

    2.     VACATES all pending matters, including the April 13, 2011 pretrial conference and

20

            May 31, 2011 trial; and

21

    3.     DIRECTS the clerk to close this action.

22
23

       IT IS SO ORDERED.

24

**Dated:**   **January 11, 2011**                **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

25
26
27
28

1